Accu-Seal Corporation
225 Bingham Drive, Suite B
San Marcos, CA 92069

Advantar Laboratories, Inc.
5451 Oberlin Dr. STE 100
San Diego, CA 92121

Airgas USA, LLC
PO BOX 7423
Pasadena, CA 91109

AMERICAN CLEANSTAT
15041 BAKE PARKWAY,BLDG F
Irvine, CA 92618

American Express
Box 001
Los Angeles, CA 90096-800

AT&T 5019
PO Box 5019
Carol Stream, IL 60197-5019

AT&T GA
PO Box 105068
Atlanta, GA 30348-5068

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

Bay Alarm Company
60 Berry Drive
Pacheco, CA 94553-5601

BayCity Electric Works
13625 Danielson Street
Poway, CA 92064

BB CONSULTING SERVICE, INC.
6540 Lusk Blvd.
Suite C-136B
San Diego, CA 92121

bioMerieux, Inc.
P.O. Box 500308
Saint Louis, MO 63150-0308

Biosources, Inc.
5755 Oberlin Drive, Ste 108
San Diego, CA 92121

Biowerks, LLC
10231 Camino San Thomas
San Diego, CA 92127

Michael Blankenship
600 Coachella Canal Road
Niland, CA 92257

BMT USA, LLC
14532 169th Dr. SE
STE 142
Monroe, WA 98272

Patricia Brady
1647 Sagewood Way
San Maros, CA

BSI Group America, INc.
DEPT CH 19307
Palatine, IL 60055-9307

Bureau Veritas
13905 Collections Ctr Dr.
Chicago, IL 60693

Camcode
18531 South Miles Road
Cleveland, OH 44128

Carlton-Bentley & Penn, Inc.
1902 Wright Place, Suite 200
Carlsbad, CA 92008

Cascade Scientific
1890 Cordell Court
El Cajon CA 92020

Controlled Contamination Services, LLC
4182 Sorrento Vly Blvd, Ste F
San Diego, CA 92121

COLE-PARMER INSTRUMENT
13927 Collections Ctr Dr
Chicago, IL 60693

Century Link
PO BOX 52187
Phoenix, AZ 85072

Jennifer Collins
3215 Via Pescado
Carlsbad, CA 92010

Corovan Moving & Storage
12375 Kerran Street
Poway, CA 92064

COUNTY1
San Diego County Treasurer Tax-Collector
PO Box 12900
San Diego, CA 92112

Culligan Water Condition
Lockbox Processing
P.O. Box 2903
Wichita, KS 67201-2903

Custom Scale
P.O. Box 1166
San Marcos, CA 92079-1166

Dara Biosciences, Inc.
8601 Six Forks Road, Suite 160
Raleigh, NC 27615

Eastgate Bend Two
A California Limited Partnership
5360 Eastgate Mall
San Diego, CA 92121

Elpro Services, Inc.
P.O. Box 450
Marietta, OH 45750

EMD Millipore Corporation
25760 Network Place
Chicago, IL 60673

FedEx
PO BOX 7221
Pasadena, CA 91109

Fermentek, Ltd.

8 Nelsson Glick St.
Jerusalem 97233
Israel

FISHER SCIENTIFIC
File #50129
Los Angeles, CA 90074-0129

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0501

Albert Hansen
5340 Eastgate Mall
San Diego, CA 92121

Heusser Neweigh, LLC
1400 Willow Pass Court
Concord, CA 94520-5223

HyClone
13800 Collections Center Dr.
Chicago, IL 60693

Invitrogen Dynal As/Life Tech Corp
Bank of America Lockbox serv.
12088 Collections Center Dr.
Chicago, IL 60693

IPS
3 Luger Road
Denville, NJ 07834

Jan Pro
4125 Sorrento Valley Blv Ste 3
San Diego, CA 92121

Kasai Consulting
6670 Lemon Leaf Drive
Carlsbad, CA 92011

KESA PARTNERS LLC
19800 MacArthur Blvd Suite 300
Irvine, CA 92612

Ashwin Krishnan
11023 Cedaycrest Way
San Diego, CA 92121

Kimble Chase
P.O. Bo 742234
Atlanta, GA 30374-2234

Label Master
P.O. Box 46402
Chicago, IL 60646-0402

Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006

LIFOAM Inustries, LLC
PO Box 823426
Philadelphia, PA 19182-3226

Lloyd Pest Control
1331 Morena Blvd, Ste 300
San Diego, CA 92110-1598

Levene, Neale, Bender, Yoo & Brill L.L.
10250 Constellation Blvd.
Ste 1700
Los Angeles, CA 90067

LYO-TECH
270 N. Smith Ave.
Corona, CA 92880

Marshalls
8423 Production Ave
San Diego, CA 92121-2202

Masy
P.O. Box 485
10 Lomar Park Drive
Pepperell, MA 1463

McCrone Associates, Inc.
850 Pasquinelli Drive
Westmont, IL 60559-5539

McMaster Carr Supply
P.O. Box 7690
Chicago, IL 60680-7690

Molecular Diagnostic Services
4204 Sorrento Valley Blvd.
Suite G

San Diego, CA 92121

Means & Associates, LLC
3131 Camino del Rio North
Suite 1600
San Diego, CA 92108-5746

Molecular Epidemiology, Inc.
Attn: Accounts Rec.
15300 Bothell Way NE
Seattle, WA 98155

METTLER-TOLEDO, Inc.
PO Box 100682
Pasadena, CA 91189-0682

Miles Electric
10681 Montego Drive
San Diego, CA 92124

Modality Solutions, LLC
1238 Mossy Oak Dr.
League City, TX 77573

Karen M. Muller, Attorney at Law
1729 Port Sheffield Place
Newport Beach, CA 92660

NAMSA, Inc.
P.O. Box 710970
Cincinnati, OH 45271-0970

Navitas
111 Executive Center Dr.
Ste 102
Columbia, SC 29210

Nelson Laboratories
P.O. Box 571830
Murray, UT 84157-1830

NuCollagen, LLC
5340 Eastgate Mall
San Diego, CA 92121

Benjamin Ngoun
9405 Judicial Dr., Apt#154
San Diego, CA 92122

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Pacific Rim Mechanical
7655 Convoy Court
San Diego, CA 92111

Pall Corporation
PO Box 8500-1311
Philadelphia, PA 19178-1311

PKF
2020 Camino Del Rio North
Suite 500
San Diego, CA 92108

PKG Industries
1251 Maulhardt Ave.
Oxxnard, CA 93030

Praxair
39 Old Ridgebury Road
Danbury, CT 06810

PrimaPhar, Inc.
9940 Mesa Rim Road
San Diego, CA 92121

Pro Scientific
99 Willenbrock Rd
Oxford, CT 06478

ProPharma
8717 West 110th Street
STE 300
Overland Park, KS 66210

Prudential Overall Supply
P.O. Box 11210
Santa Ana, CA 92711

Quick & Associates, Inc.
W1800 County Road B
Genoa City, WI 53128

Rainin Instrument LLC
Lockbox No 100802
Pasadena, CA 91189-0802

Raimondo, Petitt Group
19200 Von Karman Avenue
Suite 850
Irvine, CA 92612

Reporting Guru
5114 Balcones Woods Dr.
Suite 307, #408
Austin, TX 78759

Remel
P.O. Box 96299
Chicago, IL 60693

Rich Richieri
8293 Norfolk Ave
Orange, CA 92867

Rocky Mountain Laboratories, Inc.
602 Park Point Drive, Ste 101
Golden, CO 80401

Rubicon Biotechnology, LLC
26212 Dimension Drive
Suite 260
Lake Forest, CA 92630

Sara Urbas
1119 Turquoise St
San Diego, CA 92109

Sarstedt, Inc.
P.O. Box 468
Newton, NC 28658

Sartorius Stedium North America, Inc.
24917 Network Plae
Chicago, IL 60673-1249

Jay A. Schrier
5945 Avenida Chamnez
La Jolla, CA 92037

SDG&E
P.O. Box 25111
Santa Ana, CA 92799-51111

Sensitech, Inc.

P.O. Box 742000
Los Angeles, CA 90074-2000

SEOhaus
1047 University Ave
San Diego, CA 92103

SeraCAre Life Sciences
P.O. Box 417605
Boston, MA 02241-7605

Shiba Biotechnology Consultants, Inc.
7486 La Jolla Blvd., #571
La Jolla, CA 92037

Shred San Diego
PO Box 84566
San Diego, CA 92138

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Spectrum Chemical Mfg. Corp.
File No. 11990
Los Angeles, CA 90074-1990

StaffWorks, LLC
6390 Greenwich Drive
Suite 220
San Diego, CA 92122

StarPoint Advantage
2251 San Diego Ave, Ste., A-150
San Diego, CA 92110

StemGro LLC
5340 Eastgate Mall
San Diego, CA 92121

Stephen Gould
35 South Jefferson Rd
Whippany, NJ 07981

Sterigenics
7695 Formula Plase
San Diego, CA 92121

Sterilizer Technical Spec

P.O. Box 31001-1537
Pasadena, CA 91110-1537

Steris Corporation
PO Box 644063
Pittsburgh, PA 15264

Stonhard, Inc.
P.O. Box 931947
Cleveland, OH 44193

Kevin Swiss
7806 Birchbay Drive
APT 409
Blaine, WA 98320

Teijin
4-3-2 Asahigaoka
Hino
Tokyo 191-8512 Japan

Teldata Enterprise Networks
11487 Woodside Ave
Santee, CA 92071

Technical Safety Service
Dept. 33265
P.O. Box 39000
San Francisco, CA 94139-3265

ThermoFisher Scientific
PO Box 84233
Dallas, TX 75284-2339

Time Payment Corp.
16 New England Executive Par Suite 200
Burlington, MA 1803

TW Telecom
PO Box 172567
Denver, CO 80217-2567

Uline
PO Box 88741
Chicago, IL 60680-1741

Union Bank Visa
PO Box 2818
Omaha, NE 68103

Vaisala, Inc.
Dept. CH 19486
Palatine IL 60055-6486

VLMG, Navitas Lease Corp.
814 Highway A1A North
Suite 205
Ponte Vedra Beach, FL 32082

VWR International
P.O. Box 640169
Pittsburg, PA 15264-0169

Waco Filters Corporation
26661 Network Place
Chicago, IL 60673-1266

Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

Water Works, Inc.
5490 Complex St. #602
San Diego, CA 92123

West Pharma Service
PO Box 642477
Pittsburgh, PA 15264-2477

Wheaton
Dept. 2456
Tulsa, OK 74182

Workmed Indst. Car Providers/Dunnum M.D.
4510 Executive Drive
San Diego, CA 92121-2804

Roy Winkel
424 East Laurel
Milstadt, IL 62260

World Courier, Inc.
PO Box 842325
Boston, MA 02284-2325